Edward T. Weber, Esq. #194963
Kristi M. Wells, Esq. #276865
**LAW OFFICES OF EDWARD T. WEBER**
17155 Newhope Street, Suite H
Fountain Valley, California 92708
Telephone: 657-235-8359
Facsimile: 714-459-7853
ed@eweberlegal.com

Attorney for Debtor and Movant
JAIME NARITO BIANO

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| JAIME NARITO BIANO,<br><br>Debtor. | Case No.: 2:15-bk-21225-RK<br><br>Chapter 7<br><br>**MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: CONTEMPT WHY ONEMAIN FINANCIAL SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF DISCHARGE INJUNCTION**<br><br>[ L.B.R. 9020-1]<br><br>NO HEARING REQUIRED |

TO:    **ONEMAIN FINANCIAL, Creditor**

Debtor, Jaime Narito Biano, by and through undersigned counsel hereby requests that the Court issue an **ORDER TO SHOW CAUSE RE: CONTEMPT WHY ONEMAIN FINANCIAL SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF DISCHARGE INJUNCTION.**

A copy of the proposed Order to Show Cause is attached hereto as Exhibit "A" and has been separately lodged with the Court.

---
1
MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: CONTEMPT

1   The request for the Order To Show Cause is in connection with a Motion for Contempt filed
2   and served by the Debtor in this case concurrently herewith. The Court will only hold a hearing
3   on the Motion to Contempt if the Order To Show Cause is issued.
4   The Court may grant this motion without a hearing, at the Court's discretion.
5   If you oppose the issuance of the Order To Show Cause, you must file and serve a written
6   explanation, if there is an explanation, within 7 days of service of this motion. Otherwise, if no
7   written explanation or objection is filed, the Court will proceed to issue the Order To Show Cause.
8   If a written explanation is filed timely, the Court may still proceed to issue the Order To Show
9   Cause if the written explanation is not satisfactory to the Court. If the written explanation is
10  satisfactory to the Court, the Court may decline to issue the Order To Show Cause and the Motion
11  for Contempt will be placed off calendar.

13  Dated: December 22, 2015        LAW OFFICES OF EDWARD T. WEBER

                                    /s/ Edward T. Weber
                                    Edward T. Weber, Esq.
                                    Kristi M. Wells, Esq.
                                    Attorneys for Debtor
                                    JAIME NARITO BIANO

18  Date of Service: 12/29/15

---
2
MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: CONTEMPT

Edward T. Weber, Esq. #194963
Kristi M. Wells, Esq. #276865
**LAW OFFICES OF EDWARD T. WEBER**
17155 Newhope Street, Suite H
Fountain Valley, California 92708
Telephone: 657-235-8359
Facsimile: 714-459-7853
ed@eweberlegal.com

Attorney for Debtor and Movant
JAIME NARITO BIANO

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| JAIME NARITO BIANO,<br><br>　　　　Debtor. | Case No.: 2:15-bk-21225-RK<br><br>Chapter 7 **(Proposed)**<br><br>ORDER TO SHOW CAUSE RE: CONTEMPT WHY ONEMAIN FINANCIAL SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF DISCHARGE INJUNCTION<br><br>[ L.B.R. 9020-1]<br><br>Date: February 23, 2016<br>Time: 2:30 p.m.<br>Place: Courtroom 1675 |

TO:    **ONEMAIN FINANCIAL, Creditor**

IT IS HEREBY ORDERED THAT **Creditor, ONEMAIN FINANCIAL**, shall appear before The Hon. Robert N. Kwan, United States Bankruptcy Judge, on <u>February 23, 2016 at 2:30 p.m. in Courtroom 1675</u> of this Court located at <u>255 East Temple Street, Los Angeles, California 90012</u> and provide a written explanation, if there is an explanation, why it should not be held in contempt for violation of the Discharge Injunction in this case.

---

1

ORDER TO SHOW CAUSE RE: CONTEMPT

**Ex A**

The Debtor has filed a Motion for Contempt against ONEMAIN FINANCIAL. The motion alleges that ONEMAIN FINANCIAL sent correspondence to the Debtor on three (3) separate occasions following the Discharge in this case, and following separate written notice by Debtor's counsel regarding said violations. The motion alleges that ONEMAIN FINANCIAL had actual notice of the initial bankruptcy filing and of the Automatic Stay as well as the Discharge, prior to sending the written notices to the Debtor, but did so anyway. The motion alleges that the actions of ONEMAIN FINANCIAL were willful and malicious and with intent to circumvent and violate the Discharge Injunction. The Discharge in this case was entered on October 26, 2015. The motion alleges that correspondence sent by ONEMAIN FINANCIAL and received by the Debtor was dated November 2, 2015, November 13, 2015, and December 13, 2015. The motion alleges that legal action was necessary in order to prevent ONEMAIN FINANCIAL from further attempting to collect a debt subject to the Discharge and that the Debtor has been harmed and damaged including emotional distress, attorney's fees and costs.

Should ONEMAIN FINANCIAL be found in Contempt, the Court may award substantial penalties and sanctions, including compensation to the Debtor, attorney's fees and costs, and other monetary penalties sufficient to force ONEMAIN FINANCIAL to comply with the Court's prior Order, i.e. the Discharge Injunction and to deter such conduct in the future.

At the hearing on this Order to Show Cause RE: Contempt, the Court may treat as true any uncontroverted facts established by declaration and limit testimony to controverted facts only.

A <u>written explanation</u> as to why ONEMAIN FINANCIAL should not be held in Contempt shall be filed and served no later than <u>February 9, 2016</u>.

Any <u>reply to the written explanation</u> shall be filed and served no later than <u>February 16, 2016.</u>

#####



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

17155 Newhope Street, Suite H, Fountain Valley, California 92708

A true and correct copy of the foregoing document entitled (*specify*): _____
MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: CONTEMPT WHY ONEMAIN FINANCIAL SHOULD
NOT BE HELD IN CONTEMPT FOR VIOLATION OF DISCHARGE INJUNCTON AND A PROPOSED ORDER TO
SHOW CAUSE AS EX A ATTACHED THERETO
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/29/2015_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Howard M Ehrenberg (TR) ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com; hehrenberg@ecf.inforuptcy.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Edward T Weber    ed@eweberlegal.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/29/2015_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/29/2015 | Myla A. Perez | /s/ Myla Perez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**ATTACHMENT TO PROOF OF SERVICE – BY MAIL**

**Biano – 2:15-bk-21225-RK**

The Hon. Robert N. Kwan
Judge of the United States Bankruptcy Court
Courtesy Copies
255 East Temple Street, Suite 1682
Los Angeles, CA 90012


OneMain Financial Customer Care
NTGS-2320
6801 Colwell Blvd.
Irving, TX 75039


OneMain Financial Group, LLC
100 International Drive 18th Floor
Baltimore, MD 21202


OneMain Financial Group, LLC
c/o CT Corporation System, Registered Agent for Service of Process
in California pursuant to records of California Secretary of California
818 West 7th Street, Suite 930
Los Angeles, CA 90017


OneMain Financial
Corporate Headquarters
300 St. Paul Place
Baltimore, MD 21202
Attention: Micah Conrad, Chief Financial Officer


OneMain Financial
Corporate Headquarters
300 St. Paul Place
Baltimore, MD 21202
Attention: Mary McDowell, President, CEO, Director

OneMain Financial
Corporate Headquarters
300 St. Paul Place
Baltimore, MD 21202
<u>Attention: John Schachtel, Chief Operating Officer</u>


OneMain Financial
Corporate Headquarters
300 St. Paul Place
Baltimore, MD 21202
<u>Attention: Sean Bennett, Chief Strategy Officer</u>


OneMain Financial
PO Box 70911
Charlotte, NC 28272
(location that sent notices and statements)


One MainFinancial
21115 Hawthorne Blvd.
Torrance, CA 90501
(local office where Debtor did business with Creditor)

2